UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANDRES HERRERA,<br>     Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| ALEJANDRO CASTRO; | § | EP-21-CV-00051-FM |
| AC CASTRO TRUCKING; and | § | |
| ALEJANDRO CASTRO d/b/a | § | |
| AC TRUCKING, | § | |
|      Defendants. | § | |

## PLAINTIFFS' NOTICE OF PRODUCTION OF
## BILLING RECORDS AND BILLING RECORDS AFFIDAVITS

NOTICE IS HEREBY GIVEN that Plaintiff, ANDRES HERRERA, tendered billing records and accompanying billing records affidavit(s) to Defendants ALEJANDRO CASTRO; AC CASTRO TRUCKING; and ALEJANDRO CASTRO d/b/a AC TRUCKING, by producing them to Defendants' attorneys of record on today's date, August 9, 2021. Although Plaintiff is not required to file said billing records or accompanying billing records affidavit(s), with the Court, true and correct copies of all said documents were produced to Defendants.

Specifically, the billing records and accompanying billing records affidavit(s) that were tendered / produced to Defendants on this date included the following:

### ANDRES HERRERA:
- Fyzical Therapy & Balance Centers
- El Paso Day Surgery
- Medme Services Corporation
- Dr. Jacob Heydemann
- Singleton Associates, P.A.
- Robert Dominguez, C.R.N.A.
- The Hospitals of Providence Sierra Campus
- Bluff Creek Emergency Medicine Associates, P.A.

Notice is further hereby given that Plaintiff, pursuant to 18.001 Civil Practices and Remedies Code and the Texas Rules of Evidence, intend to introduce the billing records and accompanying billing records affidavit(s) described above into evidence at the trial and/or in any hearing or other evidentiary proceeding in this case.

Respectfully submitted,

**RUHMANN LAW FIRM**
5915 Silver Springs, Bldg. 1
El Paso, Texas 79912
(915) 845-4529
(915) 845-4534 Fax

By: */s/ JL Anderson*
**CHARLES J. RUHMANN, IV**
State Bar No. 24046767
cruhmann@ruhmannlaw.com
**JOHN LOMAX ANDERSON**
State Bar No. 24011465
janderson@ruhmannlaw.com
*Attorneys for Plaintiff, Andres Herrera*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed on August 9, 2021 using the Court's CM/ECF system, which will in turn provide notice to each of the attorneys listed below.

**RAY PENA MCCHRISTIAN**
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7200
(915) 832-7333 - *Facsimile*
**JEFF RAY**
jray@raylaw.com
**MARISA Y. YBARRA-WILLIAMS**
mybarra-williams@raylaw.com
**NOEMI V. LOPEZ**
nlopez@raylaw.com
*Attorneys for Defendants*


/s/ JL Anderson
**JOHN LOMAX ANDERSON**