**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ANDRES HERRERA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-21-CV-00051-FM** |
| | § | |
| **ALEJANDRO CASTRO;** | § | |
| **AC CASTRO TRUCKING; and** | § | |
| **ALEJANDRO CASTRO d/b/a** | § | |
| **AC TRUCKING,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION

The parties agree to modify the additional deadline provided in the Parties' Joint Stipulation filed on August 27, 2021 as follows:

The Parties agree that Plaintiff's Medical and Billing Affidavits (TCPRC 18.001) shall be tendered to Defendants on or before **April 1, 2022**, unless modified by agreement of the Parties. The parties agree that Defendants' Counter Affidavits (TCPRC 18.001) shall be tendered to Defendants on or before **May 6, 2022**, unless modified by agreement of the Parties.

IT IS, THUS STIPULATED.

November 8, 2021

Respectfully submitted,

**RAY│PEÑA│McCHRISTIAN**
A Professional Corporation
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7200 (915) 832-7333 - *Fax*

Date:  November 8, 2021.          By: /s/ *Marisa Ybarra-Williams*

**JEFF RAY**
State Bar No. 16604400
jray@raylaw.com
**MARISA Y. YBARRA-WILLIAMS**
State Bar No. 24067360
mybarra-williams@raylaw.com
**NOEMI V. LOPEZ**
State Bar No. 24078881
nlopez@raylaw.com
*Attorneys for Defendants*

and

**RUHMANN LAW FIRM**
5915 Silver Springs, Bldg. 1
El Paso, Texas 79912
P: (915) 845-4529 F: (915) 845-4534

*/s/ Charles J. Ruhmann, IV*

**CHARLES J. RUHMANN, IV**
State Bar No. 24046767
**JOHN LOMAX ANDERSON**
State Bar No. 24011465
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was forwarded to all attorneys of record via the Court's CM/ECF system on November 8, 2021.

*/s/ Noemi V. Lopez*
**Noemi V. Lopez**